■ DONALD W. SCOTT, Respondent, v TAMARACK RIDGE SKI AREA, INC., Doing Business as SKI TAMARACK, Appellant. [670 NYS2d 651] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Notaro, J. (Appeal from Order of Supreme Court, Erie County, Notaro, J.—Summary Judgment.) Present—Denman, P. J., Lawton, Wisner, Balio and Fallon, JJ.